UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNELIUS MAYFIELD,
#55961-039,

    Plaintiff,                                            Civil Action No. 19-CV-12868

vs.                                                   HON. BERNARD A. FRIEDMAN

CLARE COUNTY JAIL, et al.,

    Defendants.
_____/

### ORDER ACCEPTING AND ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on Magistrate Judge Michael J. Hluchaniuk's Report and Recommendation ("R&R"), which recommends that the Court dismiss the complaint without prejudice for plaintiff's failure to provide the Court with defendants' names and addresses for service purposes. No party has objected to the R&R and the objection period has expired. The Court finds that the magistrate judge's analysis is correct and his that his recommendation is sound. Accordingly,

IT IS ORDERED that Magistrate Judge Hluchaniuk's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that defendants' motion to dismiss [docket entry 12] is denied as moot.

IT IS FURTHER ORDERED that the complaint is dismissed without prejudice.

                    s/Bernard A. Friedman
Dated: April 17, 2020         Bernard A. Friedman
      Detroit, Michigan      Senior United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 17, 2020.

Cornelius Mayfield #55961-039      s/Johnetta M. Curry-Williams
8333 Townsend                      Case Manager
Detroit, MI 48213